NO. 07-05-0005-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 10, 2005

_____

IN RE NOAH DAVIS, RELATOR
_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Relator Noah Davis seeks mandamus directing respondent Kay Alexander, Court Coordinator of the County Court at Law of an unspecified county, to file and set his motion for hearing.

Relator's Petition for Writ of Mandamus does not assert that mandamus should issue (1) to protect this court's jurisdiction, or (2) against a judge of or acting within the area comprising the seventh judicial appellate district. We do not have jurisdiction to issue mandamus directed to respondent. See TEX. CONST. art. V, § 6; TEX. GOV'T. CODE ANN. § 22.221(a),(b) (Vernon 1988 & Supp. 2004).

We dismiss for want of jurisdiction.

Phil Johnson
Chief Justice